COLBY *v.* DEARBORN *& a.*

Parol evidence is admissible on the question of identity of a note described in the condition of a mortgage

WRIT OF ENTRY.

*Barnard,* for the plaintiff.

*Hibbard,* for the defendants.

CLARK, J. Both parties claim title to the demanded premises under Kimball C. Prescott. The plaintiff's title is derived from a

levy founded on an attachment made June 24, 1873.   The defend-
ants are in possession, claiming title under a mortgage executed by
Prescott, February 14, 1873, and recorded February 20, 1873, more
than four months prior to the date of the plaintiff's attachment;
and therefore if the mortgage is valid, the defendants are in pos-
session under a title prior to the plaintiff's.   The plaintiff contends
that the mortgage is void for uncertainty in the description of the
note secured by it, the amount of the note not being stated in the
condition of the mortgage.   The consideration of the mortgage is
$400, and the condition is the payment of a note of even date with
the mortgage, payable in four months from date with interest.
The court received parol evidence showing that the note intended
to be secured by the mortgage was a note for $400, bearing the
same date as the mortgage, and payable in four months from date
with interest.   This evidence was rightfully received.   *Benton* v.
*Sumner*, 57 N. H. 117;   *Cushman* v. *Luther*, 53 N. H. 563;   *Bank*
v. *Roberts*, 38 N. H. 23;   *Melvin* v. *Fellows*, 33 N. H. 401;   *Boody*
v. *Davis*, 20 N. H. 140.   The mortgage being valid, there must be

*Judgment for the defendants.*

BINGHAM, J., did not sit: the others concurred.